UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALLSTAR DEMOLITION CORP.,

                              Plaintiff,

    vs.

INTERIOR DEMOLITION CONTRACTORS
ASSOCIATION, INC., ALL CITY INTERIOR
CONTRACTING, INC., ALLSTATE INTERIOR
DEMOLITION, INC., ATLANTIS CONTRACTING,
INC., BIG APPLE WRECKING & CONSTRUCTION,
BREEZE CARTING CORP., CALVIN MAINTENANCE,
INC., FRANK CALI, ANNA CASALINO, TOBY ROMANO,
LUANN PIECORA, JAMES MARRONE, RICK FLAMIO,
CASTLE DEMOLITION, CORP., DEGMOR, DIVERSIFIED
MANAGEMENT, INC., DIVERSIFIED CONSTRUCTION,
CORP., FORTUNE INTERIOR DISMANTLING, FREEDOM
DEMOLITION, INC., HAZARDOUS ELIMINATION, CORP.,
LIBERTY CONTRACTING, CORP., LJC DISMANTLING,
CORP., LVI ENVIRONMENTAL SVS., INC., MANHATTAN
DEMOLITION, CO., INC., METRO DEMOLITION
CONTRACTING, INC., NATIONAL ENVIRONMENTAL
SAFETY, MULTI RECYCLING, INC., PAR WRECKING,
CORP., PATRIOT CONTRACTING, CORP., PHASE I,
PLATINUM DISMANTLING, INC., R & M ENTERPRISES, INC.,
RITE-WAY INTERNAL REMOVAL, INC., SAFEWAY
ENVIRONMENTAL, CORP., SEASONS CONTRACTING, CORP.,
SEASONS INDUSTRIAL CONTRACTING, CORP., STATEWIDE
DEMOLITION, CORP., TITAN CONSTRUCTION GROUP, CORP.,
TOP LINE CONTRACTING, TRI-STATE DISMANTLING, CORP.,
US ENVIRONMENTAL, WALDORF CARTING, CORP.,

                              Defendants.
------------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**
Fed. Rule 41 (a)(1)(ii)

06 CV 3635
Hon. William H. Pauley, III

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the plaintiff, by counsel, and the attorneys of record for the defendants, the Interior Demolition Contractors Association, Inc., and its named constituent members, and directors, for which it is authorized to appear, in the above entitled action, that:

**Whereas**, no party hereto is an infant or incompetent person for whom a committee has been appointed;

**And** no person not a party has an interest in the subject matter of the action;

**That**, the above entitled action be, and the same hereby is discontinued, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(ii)**, without prejudice, and without any costs, fees, or disbursements, to either party as against the other.

This stipulation may be executed in counterpart, and a facsimile of an executed copy of this stipulation shall be deemed as an original sufficient for filing, and such stipulation may be filed without further notice, with the Clerk of the Court of the Southern District of New York.

Dated: Mineola, New York
       June 20, 2006

PALMIERI & CASTIGLIONE, LLP

By: Daniel J. Halloran, III, Esq. (DH 4797)
Attorneys for Plaintiff
250 Mineola Blvd.
Mineola, New York 11501
516 248-9595

ECTMAN & ETKIND, LLP

By: David Etkind, Esq. (DE 9805)
Attorneys for Defendants IDCA
250 West 57th Street Ste. 1020
New York, NY 10107
212 757-2310